# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT W. SEVERN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-07-017-RAW |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social** | ) |
| **Security Administration,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 27, 2007, Magistrate Judge West entered her Findings and Recommendations, recommending that the above-styled case be affirmed. No objection has been filed. The Recommendation will be followed.

IT IS THEREFORE ORDERED that the decision of the Commissioner is hereby **AFFIRMED.**

**IT IS SO ORDERED** this 9th day of JANUARY, 2008.

**Dated this 9th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma