IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| ROBERT W. SEVERN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-07-017-RAW |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## JUDGMENT

This action has come before the Court for consideration, and an Order affirming the decision of the Commissioner has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the Court's Order.

**ORDERED THIS 9th DAY OF JANUARY, 2008.**

**Dated this 9th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma